# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERA L. TYSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONNECTIONS COMMUNITY SUPPORT<br>PROGRAMS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | No. 1:15-cv-233 (GMS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties, by and through their undersigned counsel, stipulate to dismissal of this action, and all claims and counterclaims they have or could have brought against each other, with prejudice, with each party to bear its own attorney's fees and costs.

**AGREED TO BY THE PARTIES:**

/s/ *Geoffrey G. Grivner*
Geoffrey G. Grivner (No. 4711)
BUCHANAN INGERSOLL & ROONEY P.C.
919 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 552-4200
geoffrey.grivner@bipc.com

*Attorney for Defendant*

/s/ *Noel E. Primos*
Noel E. Primos (No. 3124 )
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
nprimos@schmittrod.com

*Attorney for Plaintiff*

Dated: January 19 , 2016

**APPROVED BY THE COURT** this
20th day of _____, 2016:

_____
Judge Gregory M. Sleet